JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

HIGHLINE CAPITAL MANAGEMENT, LLC.,

                Plaintiff,

   - against -

HIGHLINER INVESTMENT GROUP, LLC f/k/a
HIGHLINER CAPITAL MANAGEMENT, LLC
and ANAND PAREKH,

                Defendants.

------------------------------------------------------------- x

08 CV 1979

Civil Action No.:

**RULE 7.1 STATEMENT**

ECF CASE



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Highline Capital Management, LLC, a Delaware limited liability company ("Highline") certifies that Highline has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       February 28, 2008

                               TANNENBAUM HELPERN
                               SYRACUSE & HIRSCHTRITT, LLP

                               By: _____
                                  L. Donald Prutzman (LP 1327)
                             900 Third Avenue
                             New York, New York 10022
                             (212) 508-6700
                               Attorneys for Plaintiff