**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6739
Writer's Direct Fax: (212) 202-6491
E-mail: prutzman@thshlaw.com

April 24, 2008

**BY HAND**

Hon. Jed S. Rakoff
United States District Court
United States Courthouse
500 Pearl St., Room 1340
New York, New York 10007

Re: Highline Capital Management, LLC v. Highliner Investment Group, LLC
08 Civ 1979 (JSR)

Dear Judge Rakoff:

I represent the plaintiff in the above-captioned action, in which the initial conference is scheduled for April 29, 2008. I am writing to advise the Court that the parties have recently reached an agreement in principle that would resolve the case. We do not, however, expect that the agreement will be finalized by April 29. Accordingly, on behalf of all parties, I respectfully request that the initial conference be adjourned to the week of May 19, 2008, by which time counsel expect that the case will be finally resolved and the conference will be unnecessary. This conference has previously been adjourned for one week due to my unavailability on the originally scheduled date.

Respectfully submitted,

L. Donald Prutzman

Enc.

cc: Richard Eisert, Esq.

[Handwritten notation: Adjourned to May 16 at 4 p.m. SO ORDERED /s/ JSR USDJ 4-25-08]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-29-08]