Rakoff J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHLINE CAPITAL MANAGEMENT, LLC,

    Plaintiff,

-v-

HIGHLINER INVESTMENT GROUP, LLC, et al.,

    Defendants.

08 CV 1979 (JSR)

ECF CASE

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED between plaintiff and defendants that defendants' time to answer or otherwise respond to plaintiff's Complaint is extended from May 6, 2008, to and including May 20, 2008.

Dated: New York, New York
    April 30, 2008

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By _____
L. Donald Prutzman (LP1327)
900 Third Avenue
New York, New York 100022
prutzman@thshlaw.com
(212) 508-6739
Attorneys for plaintiff

DAVIS & GILBERT LLP

By _____
Marc J. Rachman (MR 4094)
1740 Broadway
New York, New York 10019
mrachman@dglaw.com
(212) 468-4800
Attorneys for defendants

**SO ORDERED:**

_____
The Hon. Jed S. Rakoff, U.S.D.J.
5-6-08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08
```