UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
HIGHLINE CAPITAL MANAGEMENT, LLC,

    Plaintiff,

- against -

HIGHLINER INVESTMENT GROUP, LLC f/k/a
HIGHLINER CAPITAL MANAGEMENT, LLC,
and ANAND PAREKH,

    Defendants.

------------------------------------------------------------- x

08 CV 1979 (JSR)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the action is hereby dismissed with prejudice and without costs to any party, and that the Court shall retain jurisdiction to enforce the settlement agreement herein.

Dated: New York, New York
      May 13, 2008

TANNENBAUM HELPERN SYRACUSE
  & HIRSCHTRITT LLP

By _____
    L. Donald Prutzman (LP1327)
900 Third Avenue
New York, New York 100022
(212) 508-6739
  Attorneys for plaintiff

DAVIS & GILBERT LLP

By _____
    Richard S. Eisert (RE 4409)
1740 Broadway
New York, New York 10019
(212) 468-4800
  Attorneys for defendants

SO ORDERED:

_____
U.S.D.J.
5-13-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____